# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

PNC Equipment Finance, LLC,

    Plaintiff,

        v.                                   Case No. 1:11cv199

USA Wheel Technology, Inc., *et al.,*         Judge Michael R. Barrett

    Defendants.

## ORDER

Pursuant to notification by Plaintiff's Counsel, this matter is hereby settled:

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

**IT IS SO ORDERED.**

                                                *s/Michael R. Barrett*

bac     July 6, 2012                             Michael R. Barrett
                                                  United States District Judge